IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 07-cv-811-GPM ) |
| ROGER E. WALKER, JR., *et al.*, | ) ) ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Plaintiff has filed two motions seeking to add exhibits in support of his complaint (Docs. 8, 9). Each of these motions is **GRANTED**; the Clerk shall file the exhibits.

Plaintiff also has filed a motion to end interference (Doc. 10). In this motion, he claims that Defendant Mueller and others are intentionally delaying their responses. Therefore, he seeks an order from this Court directing Mueller to respond to a grievance he filed in March. This Court lacks jurisdiction to issue such an order. Accordingly, this motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: 06/18/08

s/ G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge