# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 07-811-GPM ) |
| ROGER E. WALKER, JR., *et al.*, | ) ) |
| Defendants. | ) |

# **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

Before the Court is Plaintiff's objection to Magistrate Judge Wilkerson's May 7, 2009, Order in which Magistrate Judge Wilkerson scheduled a hearing on the question of exhaustion of administrative remedies for July 15, 2009, at 2:00 p.m. (*see* Docs. 43, 50).

Pursuant to Southern District of Illinois Local Rule 73.1(a), "[a]ny party may file for reconsideration of a Magistrate Judge's order determining a motion or matter under Local Rule 72.1(c) within ten (10) days after issuance of the Magistrate Judge's order, unless a different time is prescribed by the Magistrate Judge or a District Judge." Williams's appeal was timely filed (*see* Docs. 44, 50). Local Rule 73.1(a) further provides that the "District Judge of the Court shall reconsider the matter and set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law."

After a careful review of the record, the Court finds nothing clearly erroneous in Magistrate Judge Wilkerson's May 7, 2009, Order. The issue of exhaustion of administrative remedies must be promptly addressed under Seventh Circuit precedent. Any requests by Williams for materials must be made by proper discovery requests or specific allegations in a motion to compel.

Accordingly, the objection (Doc. 43) is **OVERRULED**, and the appeal is **DISMISSED**.

**IT IS SO ORDERED.**

DATED: 6/22/09

s/ <em>G. Patrick Murphy</em><br>
G. Patrick Murphy<br>
United States District Judge